```
LAWRENCE G. BROWN
United States Attorney
STANLEY A. BOONE
MARK E. CULLERS
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000
```



FILED
SEP 15 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED DARNELL FORD,<br>et al.,<br><br>Defendants. | NO. 1:09-cr-00217 OWW<br><br>ORDER TO UNSEAL SEARCH WARRANTS<br>AND ACCOMPANYING AFFIDAVIT<br><br>1:09-SW-134 SMS<br>1:09-SW-135 SMS<br>1:09-SW-136 SMS<br>1:09-SW-137 SMS |

The United States having moved this Court for an Order to unseal the Search Warrant and Accompanying Affidavit in Support of the Search Warrant for the following locations:

1. 1142 "F" Street, Fresno, California 93706
2. 4568 N. Meridian Avenue, Fresno, California 93726
3. 11880 East Harvard Avenue, Sanger, California 93657
4. 1240 W. Kearney Boulevard, Fresno, California

IT IS SO ORDERED, that the Search Warrant and the Accompanying Affidavit in Support of the Search Warrant for the above-described locations be unsealed.

///

///

1 | DATED: September 15, 2009

*[signature]*
Hon. Oliver W. Wanger
United States Distrct Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28